UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 14-69-SDD-EWD |
| DAMOND REYNARD LOCKETT | |

### ORDER TO CORRECT JUDGMENT

**WHEREAS** the United States of America has filed a *Motion to Correct Judgment*[1] because of a clerical error contained in *Judgment*; and

**WHEREAS**, on July 22, 2015, this Court entered a *Preliminary Order of Forfeiture*[2] ordering a Forfeiture Money Judgment against the Defendant, in favor of the United States, and further ordering that it would be amended pursuant to Federal Rules of Criminal Procedure, Rule 32.2(e)(1) when the amount of the money judgment was determined by the Court at or before sentencing; and

**WHEREAS**, on December 7, 2015, counsel for the United States incorrectly told the United States Probation Officer assigned to this case that the amount of the money judgment the United States would be seeking would be $54,000.00; and

**WHEREAS**, on December 8, 2015, the United States filed a *Motion to Amend Preliminary Order of Forfeiture*[3], seeking to amend the *Preliminary Order of Forfeiture*, to reflect an amount certain of $8,900.00; and

**WHEREAS**, on December 10, 2015, this Court granted the United States' motion and issued an *Amended Order of Forfeiture*[4] in the amount of $8,900.00 and further

---

[1] Rec. Doc. 298.
[2] Rec. Doc. 222.
[3] Rec. Doc. 267.
[4] Rec. Doc. 269.

ordered that, pursuant to Fed.R.Crim.P Rule 32.2, this Forfeiture Money Judgment would become the *Final Order of Forfeiture* at the time of the Defendant's sentencing and would be made part of the sentence and included in the *Judgment*; and

**WHEREAS**, on January 28, 2016, during sentencing, when the *Judgment* was imposed, the Court, through incorrect information provided to the probation officer, and in turn to the Court, ordered the Forfeiture Money Judgment in the amount of $54,000.00; and

**WHEREAS** Federal Rules of Criminal Procedure, Rule 36 allows the Court at any time to correct a clerical error in a Judgment; and

**WHEREAS** the Court believes that it complied with Rule 32.2(b)(4)(B) by giving the Defendant notice of the Forfeiture Money Judgment, both at the time of sentencing and in the *Amended Order of Forfeiture*; and

**WHEREAS** this Court does not believe that the Defendant will be prejudiced in any way by amending the *Judgment* to reduce the Forfeiture Money Judgment from $54,000.00 to $8,900.00;

**IT IS HEREBY ORDERED** that the United States' motion is **GRANTED**, and the *Judgment* is **AMENDED** to read:

> Pursuant to 21 U.S.C. § 853 any and all property constituting, or derived from proceeds obtained, directly or indirectly, as a result of this conviction, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense, including a forfeiture money judgment in favor of the United States in the amount of $8,900.00.

Baton Rouge, Louisiana the 11 day of February, 2016.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA